UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BWP MEDIA USA INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PANDAWHALE, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-04661-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE IN LIGHT OF NOTICE OF SETTLEMENT; AND SETTING DEADLINE FOR DISMISSAL OR STATUS UPDATE** |

　　　　In light of the parties' Notice of Settlement filed January 20, 2016, informing the Court that the entire action has settled, the Case Management Conference set for February 18, 2016 is VACATED.

　　　　The parties' request for thirty days to file dispositional documents is GRANTED. The parties shall file a Dismissal or a written Status Update on or before February 19, 2016.

　　　　**IT IS SO ORDERED.**

Dated:  January 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　／s／ Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge